No. 03–7952.  FERRELLI *v.* RIVER MANOR HEALTH CARE CENTER.  C. A. 2d Cir.  Certiorari denied.  ▬▬▬

No. 03–7954.  HERNANDEZ *v.* MCDANIEL, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–7960.  SHERMAN *v.* CALIFORNIA ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–7961.  PARROTT *v.* IDAHO.  Sup. Ct. Idaho.  Certiorari denied.

No. 03–7965.  MURILLO *v.* HAMLET, WARDEN.  C. A. 9th Cir.  Certiorari denied.

No. 03–7966.  BROWN *v.* SMITH, WARDEN, ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7968.  NASIRICHAMPANG *v.* CALIFORNIA.  Ct. App. Cal., 4th App. Dist.  Certiorari denied.

No. 03–7969.  MUNIZ *v.* SOARES, WARDEN, ET AL.  C. A. 10th Cir.  Certiorari denied.

No. 03–7973.  LOYAL *v.* HENDRICKS, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL.  C. A. 3d Cir.  Certiorari denied.

No. 03–7976.  GRAY *v.* CLARKE, DIRECTOR, NEBRASKA DEPARTMENT OF CORRECTIONAL SERVICES.  C. A. 8th Cir.  Certiorari denied.

No. 03–7978.  LOUIE *v.* POPPELL, WARDEN.  C. A. 10th Cir.  Certiorari denied.

No. 03–7979.  KAULICK *v.* ALAMEIDA, DIRECTOR, CALIFORNIA DEPARTMENT OF CORRECTIONS, ET AL.  C. A. 9th Cir.  Certiorari denied.

No. 03–7981.  LAMAR *v.* PERDUE ET AL.  C. A. 11th Cir.  Certiorari denied.

No. 03–7985.  STAFFORD *v.* SPARKMAN, WARDEN.  C. A. 5th Cir.  Certiorari denied.

No. 03–7988.  MILLER *v.* TEXAS.  Ct. App. Tex., 3d Dist.  Certiorari denied.